# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 18, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159539(52)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

ANTHONY HART,
      Plaintiff-Appellant,

v

STATE OF MICHIGAN,
      Defendant-Appellee.

SC: 159539
COA: 338171
Ct of Claims: 16-000212-MM

_____/

      On order of the Chief Justice, the motion of defendant-appellee to extend the time for filing its brief is GRANTED. The brief will be accepted as timely filed if submitted on or before January 23, 2020.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 18, 2019



Clerk